IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION


BEATRICE HARRIS JACKSON,           :
                                   :
     Plaintiff,                    :
                                   :
vs.                                :
                                   :        CIVIL ACTION 12-0548-M
CAROLYN W. COLVIN,                 :
Commission of Social Security,     :
                                   :
     Defendant.                    :

JUDGMENT


It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be

entered in favor of Defendant Carolyn W. Colvin and against

Plaintiff Beatrice Harris Jackson.

DONE this 18th day of April, 2013.


s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE